IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHAWNETTE BREEDLOVE, On behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SANTANDER CONSUMER USA, INC.,<br><br>Defendant. | §<br>§<br>§<br>§  Case No. 1:20-cv-01051<br>§<br>§<br>§<br>§<br>§<br>§ |

> Dismissal with prejudice as to Ms. Breedlove and without prejudice as to the putative class acknowledged [58]. JMS, DJ 12/7/21 Distribution via ECF

## STIPULATION OF DISMISSAL

Plaintiff and Defendant hereby stipulate to the dismissal of this case under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). This dismissal is with prejudice as to Plaintiff's claim and without prejudice to any claims of putative class members. Each party shall bear their own fees and costs.

| | |
|---|---|
| SMITHMARCO, P.C. | LOCKE LORD LLP |
| By: *David M. Marco* | By: *P. Russell Perdew* |
| **David M. Marco** | **P. Russell Perdew** |
| IL Bar No. 6273315/FL Bar No. 125266 | Indiana State Bar No. 22617-45 |
| dmarco@smithmarco.com | rperdew@lockelord.com |
| 55 W. Monroe Street, Suite 1200 | 111 South Wacker Drive |
| Chicago, IL 60603 | Chicago, Illinois 60606 |
| Telephone: 312-546-6539 | Telephone: 312-443-1712 |
| *Attorney for Plaintiff Shawnette Breedlove* | *Attorneys for Defendant Santander Consumer USA, Inc.* |